IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. No. 13-cv-02399-AP

CHARLOTTE GRIBBINS,

    Plaintiff,

v.

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Joseph A. Whitcompb, Esq.
Rocky Mountain Disability Law Group
1391 Speer Boulevard, Suite 705
Denver, Colorado 80204
303-534-1954
303-534-1949 (facsimile)
Joe@RMDLG.com

For Defendant:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

Alexess D. Rea
Special Assistant United States Attorney
1961 Stout, Suite 4169
Denver, Colorado 80294-4003
303-844-7101

                                                         303-844-0770 (facsimile)
                                                         Alexess.rea@ssa.gov

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

    **A.   Date Complaint Was Filed:   September 4, 2013**

    **B.   Date Complaint Was Served on U.S. Attorney's Office:  December 24, 2013**

    **C.   Date Answer and Administrative Record Were Filed:  February 20, 2014**

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.
To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.   OTHER MATTERS**

The parties state that there are no other matters.

**8.   BRIEFING SCHEDULE**

The parties agreed to the following schedule:

    **A.   Plaintiff's Opening Brief Due:         May 7, 2014**

    **B.   Defendant's Response Brief Due:      June 6, 2014**

    **C.   Plaintiff's Reply Brief (If Any) Due:     July 1, 2014**

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

      **A.      Plaintiff's Statement:**          Plaintiff does not request oral argument.

      **B.      Defendant's Statement:**         Defendant does not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

      **A.      (   )     All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.      ( X )     All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this <u>12th</u> day of March, 2014.

                    BY THE COURT:

                    *s/John L. Kane*
                    U.S. DISTRICT COURT JUDGE

|  |  |
|---|---|
| APPROVED: | JOHN F. WALSH<br>UNITED STATES ATTORNEY |
| s/ Joseph A. Whitcomb<br>Joseph A. Whitcomb<br>Rocky Mountain Disability Group<br>1391 Speer, Suite 705<br>Denver, CO 80204<br>(303) 534-1958<br>(303) 534-1949 (facsimile)<br>joe@RMDLG.com | **By:** s/ *Alexess D. Rea*<br>Alexess D. Rea<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 4169<br>Denver, CO 80294-4003<br>(303) 844-7101<br>(303) 844-0770 (facsimile)<br>alexess.rea@ssa.gov |
| Attorney for Plaintiff | Attorneys for Defendant |