IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **13-cv-02399-AP**

**CHARLOTTE GRIBBINS,**

    Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

    Defendant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of Plaintiff's Unopposed Motion for Dismissal (doc. #12), filed May 5, 2014, it is

**ORDERED** that the Motion is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and fees.

Dated: May 14, 2014

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT